IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE STEWART, SR., | 1:12-cv-00093-GSA-PC |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| HARRISON, | (Motion #15) |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On August 13, 2012, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on January 23, 2012, IT IS HEREBY ORDERED that plaintiff's application of August 13, 2012, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:  August 16, 2012                     /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE